**E-FILED on**   8/21/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC. <br><br> Plaintiff, <br><br> v. <br><br> HUGO GALVEZ, <br><br> Defendant. | No. C-09-1081 RMW <br><br> ORDER DENYING MOTION FOR DEFAULT JUDGMENT, and CONDITIONALLY GRANTING MOTION TO SET ASIDE DEFAULT <br> **[Re Docket Nos. 18 and 20]** |

  Plaintiff's motion for default judgment and defendant's motion to set aside default came on for hearing before the court on August 21, 2009.  The parties appeared through counsel.  Having considered the parties papers and the arguments of counsel, and for good cause appearing, Plaintiff's motion for default judgment is denied and defendant's motion to set aside entry of default is conditionally granted.  Specifically, defendant's motion is granted on condition that defendant reimburse plaintiff for the costs and legal expenses plaintiff incurred in connection with seeking entry of default and in connection with the motion for default judgment.  Plaintiff's counsel shall file and serve a declaration setting forth the costs and expenses incurred in connection with seeking entry of default and the motion for default judgment on or before September 4, 2009.  The court will

1  thereafter issue an order regarding the amount to be paid by defendant as a condition of setting aside
2  the default, and the date by which payment shall be made.
3      The Case Management Conference is continued to September 25, 2009 at 10:30 a.m.

DATED:  8/21/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
**For the Northern District of California**

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**J. Andrew Coombs**
Email: andy@coombspc.com

**Nicole Lynn Drey**
Email: nicole@coombspc.com

**Counsel for Defendant:**

**Emahn Counts**
Email: emahn@countslawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   8/21/09                                TER
                                         **Chambers of Judge Whyte**

ORDER DENYING MOTION FOR DEFAULT JUDGMENT, and CONDITIONALLY GRANTING MOTION TO SET ASIDE DEFAULT—No. C-09-1081 RMW
TER                                         3