**E-FILED on** 9/2/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC.<br><br>           Plaintiff,<br><br>      v.<br><br>HUGO GALVEZ,<br><br>           Defendant. | No. C-09-1081 RMW<br><br>ORDER |

   Pursuant to the court's August 21, 2009 order conditionally granting defendant's motion to set aside default, plaintiff's counsel has submitted a declaration that plaintiff has incurred $1,680 in legal fees in connection with seeking entry of default and the motion for default judgment. The court has considered the declaration and finds that it is just, fair and reasonable to require defendant to pay to plaintiff $1,680 to reimburse it for the expenses plaintiff incurred in connection with seeking entry of default and the motion for default judgment. Defendant shall make this payment to plaintiff by September 30, 2009, failing which the order conditionally setting aside default will be vacated and default judgment will be entered.

DATED:      9/2/09

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER—No. C-09-1081 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**J. Andrew Coombs**
Email: andy@coombspc.com

**Nicole Lynn Drey**
Email: nicole@coombspc.com

**Counsel for Defendant:**

**Emahn Counts**
Email: emahn@countslawfirm.com

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   9/2/09                              TER
                                    **Chambers of Judge Whyte**