**E-FILED on**   3/1/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC.<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HUGO GALVEZ,<br><br>　　　　　Defendant. | No. C-09-1081 RMW<br><br>ORDER GRANTING MOTION TO WITHDRAW;<br><br>ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE RE-ENTERED AGAINST DEFENDANT<br><br>**[Re Docket No. 34]** |

　　On February 26, 2010, the court heard defendant's counsel's motion to withdraw. For good cause appearing, the motion is granted. Defendant's counsel, Emahn Counts, advised the court that the last known address for defendant Hugo Galvez is 1771 Preston Road, #1308, Dallas, TX 75252.

　　It appears from the papers submitted that defendant Galvez has failed to communicate with his counsel, comply with discovery, comply with the Federal Rules of Civil Procedure and comply with orders of this court. Defendant is therefore ordered to show cause why default should not be re-entered against him and shall file and serve a response to this order on or before March 12, 2010. A show cause hearing will be held on March 19, 2010 at 9:00 a.m. Failure to demonstrate good

cause or to comply with this order will result in the re-entry of default against defendant Galvez as well as the entry of default judgment against him.

DATED: 3/1/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW; ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE RE-ENTERED AGAINST DEFENDANT—No. C-09-1081 RMW
TER         2

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**J. Andrew Coombs**
Email: andy@coombspc.com

**Nicole Lynn Drey**
Email: nicole@coombspc.com

**Withdrawing Counsel for Defendant:**

**Emahn Counts**
Email: emahn@countslawfirm.com

**A copy of this document has been mailed to:**

**Hugo Galvez**
1771 Preston Road, #1308
Dallas, TX 75252

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     3/1/10                                              TER
                                                                              **Chambers of Judge Whyte**

ORDER GRANTING MOTION TO WITHDRAW; ORDER TO SHOW CAUSE WHY DEFAULT SHOULD NOT BE RE-ENTERED AGAINST DEFENDANT—No. C-09-1081 RMW
TER                                      3