**E-FILED on** 3/19/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS, INC.<br><br>            Plaintiff,<br><br>        v.<br><br>HUGO GALVEZ,<br><br>            Defendant. | No. C-09-1081 RMW<br><br>ORDER RE-ENTERING DEFAULT |

On March 1, 2010, the court issued an order to show cause, directing defendant Hugo Galvez to show cause why default should not be re-entered against him. Defendant was directed to file and serve a response to the order on or before March 12, 2010, and a show cause hearing was set for March 19, 2010 at 9:00 a.m. Defendant was explicitly warned that a failure to demonstrate good cause or to comply with the order will result in the re-entry of default and the entry of default judgment against him. Nevertheless, defendant did not file any response to the order, nor did he appear at the show cause hearing.

Accordingly, for good cause appearing, it is hereby ordered that default is re-entered against defendant Hugo Galvez. Plaintiff may file a motion for entry of default judgment on or before April 2, 2010.

DATED:     3/19/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

ORDER RE-ENTERING DEFAULT—No. C-09-1081 RMW
TER

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

**J. Andrew Coombs**
Email: andy@coombspc.com

**Nicole Lynn Drey**
Email: nicole@coombspc.com

**A copy of this document has been mailed to:**
**Hugo Galvez**
1771 Preston Road, #1308
Dallas, TX 75252

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**   3/19/10                             TER
                                         **Chambers of Judge Whyte**

United States District Court
For the Northern District of California