J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Nicole L. Drey (SBN 250235)
*nicole@coombspc.com*
J. Andrew Coombs, A P.C.
517 East Wilson Avenue, Suite 202
Glendale, California  91206
Telephone:  (818) 500-3200
Facsimile:   (818) 500-3201

Attorneys for Plaintiff
Adobe Systems Incorporated

E-filed 5/7/10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| Adobe Systems Incorporated,<br><br>            Plaintiff,<br>       v.<br><br>Hugo Galvez, et al.,<br><br>            Defendants. | Case No. C09-1081 RMW<br><br>[PROPOSED] ORDER<br><br>Court:  Hon. Ronald M. Whyte<br>Date:    May 7, 2010<br>Time:   9:00 a.m. |

   WHEREAS Plaintiff Adobe Systems Incorporated ("Adobe" or "Plaintiff") filed its Notice and Motion For Entry of Default Judgment ("Motion"), seeking entry of default judgment, including a permanent injunction against Defendant Hugo Galvez ("Defendant");

   WHEREAS Plaintiff, having served a copy of its Motion and Proposed Judgment on April 2, 2010;

   WHEREAS Defendant did not oppose Plaintiff's Motion; and did not appear at the hearing; and
   The Court, having read and considered the pleadings, declarations and exhibits on file in this

Adobe v. Galvez:  [Proposed] Order                                           - 1 -

matter and having reviewed such evidence as was presented in support of Plaintiff's Motion, hereby grants Plaintiff's Motion and orders entry of the Judgment Pursuant to Entry of Default.

IT IS SO ORDERED:

DATED:   5/7/10

_____
Hon. Ronald M. Whyte
Judge, United States District Court for the
Northern District of California

PRESENTED BY:

J. Andrew Coombs,
A Professional Corporation

By: ___/s Nicole L. Drey_____
       J. Andrew Coombs
       Nicole L. Drey
Attorneys for Plaintiff Adobe Systems Incorporated

# **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Avenue, Suite 202, Glendale, California 91206.

On April 2, 2010, I served on the interested parties in this action with the:

- NOTICE AND MOTION FOR ENTRY OF DEFAULT JUDGMENT; DECLARATIONS AND EXHIBITS IN SUPPORT
- [PROPOSED] ORDER
- [PROPOSED] JUDGMENT PURSUANT TO ENTRY OF DEFAULT

for the following civil action:

Adobe Systems Incorporated v. H. Galvez, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Hugo Galvez | Hugo Galvez |
| --- | --- |
| 17717 Preston Road #203 | 1771 Preston Road #1308 |
| Dallas, TX 75252 | Dallas, TX 75252 |

Place of Mailing: Glendale, California
Executed on April 2, 2010, at Glendale, California

_____/s Nicole L. Drey_____
Nicole L. Drey